**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ZUMAR DUBOSE,** | : | |
| **KARIEM DUBOSE,** | : | |
| **ABDUSH DUBOSE,** | : | |
|     **Plaintiffs,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 23-CV-4895** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
|     **Defendant.** | : | |

## ORDER

AND NOW, this 12th day of February 2024, because Plaintiffs Zumar DuBose and Kariem DuBose have failed to comply with the Court's prior Order (ECF No. 3) to sign the Complaint in this case and either pay the filing fee or seek leave to proceed *in forma pauperis*, and upon consideration of Plaintiff Abdush DuBose's *pro se* Complaint (ECF No. 1) it is

**ORDERED** that:

1.    The claims of Zumar DuBose and Kariem DuBose are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2.    For the reasons stated in the Court's Memorandum, the Clerk of Court is **DIRECTED** to **TRANSFER** the above-captioned case to the United States Court of Federal Claims.

3.    The Motion to Proceed *In Forma Pauperis* shall be left to the discretion of the transferee court.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.